# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Patrick J. Wagamon and Cathy L. Wagamon<br><br>V.<br><br>Police Patrol Officer Tim Hawley,<br>Sergeant Matt Carlson, Police Patrol Officer<br>Angie Wahl, Police Patrol Officer Joe Ramirez,<br>Police Patrol Officer James Ross, and<br>the City of Blaine | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 11-CV-03539 (SRN/SER) |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above-entitled action is dismissed with prejudice and on its merits and without costs, disbursements, or attorney's fees to any party.

| | |
|---|---|
| May 3, 2012 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/L. Brennan |
| | (By)           L. Brennan,   Deputy Clerk |